**UNITED STATES of America, Plaintiff–Appellee**

v.

**William Leesean WADE, Defendant–Appellant.**

No. 10–20259

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 24, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Yolanda Evette Jarmon, Esq., Law Office of Yolanda Jarmon, Houston, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

William Leesean Wade appeals the 70–month term of imprisonment imposed by

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

the district court following his guilty plea conviction of one count of conspiring to interfere with commerce by robbery, in violation of 18 U.S.C. § 1951 (commonly known as the Hobbs Act).

For the reasons set forth in *United States v. Richarte*, 413 Fed.Appx. 769, 2011 WL 661581 (5th Cir.2011) and *United States v. Zavala*, 406 Fed.Appx. 857 (5th Cir.2010), the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.